**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 12, 2011**



_____

**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

1
# TIFFANY & BOSCO
P.A.

2  **2525 EAST CAMELBACK ROAD**
   **SUITE 300**
3  **PHOENIX, ARIZONA 85016**
   **TELEPHONE: (602) 255-6000**
4  **FACSIMILE: (602) 255-0192**

5

6  Mark S. Bosco
   State Bar No. 010167
7  Leonard J. McDonald
   State Bar No. 014228
   Attorneys for Movant
8
   10-19803
9

10          **IN THE UNITED STATES BANKRUPTCY COURT**

11              **FOR THE DISTRICT OF ARIZONA**

12

13  IN RE:                                              No. 2:10-bk-22851-RJH
    Andrew Lowell Ullery and Shantelle Ullery
              Debtors.                                       Chapter 7
14  _____

15  Wells Fargo Bank, N.A.                                  O R D E R
              Movant,
16        vs.                                        (Related to Docket #46)

17  Andrew Lowell Ullery and Shantelle Ullery          Hearing Date: April 11, 2011
    Debtors; Diane M. Mann, Trustee.
18

19            Respondents.

20

21      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed

22  by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real

23  property which is subject of a Deed of Trust dated March 15, 2006, and recorded in the office of the

24  Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Andrew Lowell

25  Ullery and Shantelle Ullery have an interest in, further described as:

26      Lot 76, THAYER PARK MANOR, according to Book 311 of Maps, page 18, records of
    Maricopa County, Arizona.

1    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S.

2  Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case

3  to another chapter under the U.S. Bankruptcy Code.

4    IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written

5  correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement,

6  or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

7  However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if

8  Debtors' personal liability is discharged in this bankruptcy case.